UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSE SUTTON,

            Plaintiff,

- against -

TCI ACQUISITION COMPANY, INC.,

           Defendant.

24-cv-9846 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 10, 2025.

SO ORDERED.

Dated:    New York, New York
          December 27, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge