```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JESSE SUTTON,

           Plaintiff,

   - against -

TCI ACQUISITION COMPANY, INC.,

           Defendant.

------------------------------------

24-cv-9846 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The plaintiff has moved to remand this case to state court. ECF No. 10. The time for the defendant to respond is **January 17, 2025**. The plaintiff may reply by **January 28, 2025**.

SO ORDERED.

Dated:   New York, New York
          January 2, 2025

                                    _____
                                      John G. Koeltl
                                United States District Judge