UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSE SUTTON,

                Plaintiff(s)

                                                          24 civ 9846 (JGK)

       -against-

TCI ACQUISITION COMPANY, INC.,

                              Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, April 15, 2025, at 3:30pm is canceled.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 8, 2025